IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER FLOWERS, | |
| Plaintiff, | **4:24CV3094** |
| vs. | |
| WALMART, INC., and  PROGRO, LLC, | **ORDER** |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Dismiss Without Prejudice (Filing No. 46).  In accordance with the motion for dismissal,

**IT IS ORDERED** that Plaintiff's claims against ProGro LLC are dismissed without prejudice with each party to pay its own costs. The case will proceed as to Walmart, Inc.

Dated this 16th day of June, 2026.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge

=