IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER FLOWERS,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., and PROGRO PARTNERS,<br><br>Defendants. | **4:24CV3094**<br><br>**VIDEOCONFERENCE INSTRUCTIONS** |

A settlement conference is scheduled to be held before the undersigned magistrate judge on September 21, 2026. Defendant Walmart, Inc. previously requested and was granted approval to appear remotely. (Filing No. 58). Defendant ProGro Partners has also requested permission for the party representative to appear remotely. (Filing No. 68).

Accordingly, IT IS ORDERED:

1) The settlement conference will now begin on September 21, 2026, at 9:00 a.m. in **Courtroom #6,** Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. All counsel and Plaintiff will appear in person.

2) Defendant ProGro Partners' unopposed email motion for the party representative to appear remotely is granted. (Filing No. 68).

3) Representatives for Walmart, Inc. and ProGro Partners will appear by videoconference using Zoom and must remain connected and available for the duration of the conference.

4) At the time of the conference, the party representatives must be connected to the videoconference using the connection information below:

https://ned-uscourts.zoomgov.com/j/1657701249?pwd=Wb9ZFKWl6bvLE4bEAc1iYhmXYYnwut.1

Meeting ID: 165 770 1249

Password: 884048

IP/H.323: 166.108.98.42

Dated this 14th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge